✓ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

FEB 12 2013

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA, )
)
    Plaintiff, )
)
v. ) 2:12-CR-211-JCM-(RJJ)
)
JAMES RICHARD WILLIAMS, )
)
    Defendant. )

**FINAL ORDER OF FORFEITURE AS TO**
**DEFENDANT JAMES RICHARD WILLIAMS**

On July 6, 2012, this Court entered the Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); and Title 18, United States Code, Section 924(d)(1), (2)(C), and (3)(A) and Title 28, United States Code, Section 2461(c) forfeiting property of defendant JAMES RICHARD WILLIAMS to the United States of America. Preliminary Order of Forfeiture, ECF No. 28.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); and Title 18, United States Code, Section 924(d)(1), (2)(C), and (3)(A) and Title 28, United States Code, Section 2461(c) that the forfeiture of the property named in the Preliminary Order of Forfeiture (ECF No. 28) is final as to defendant JAMES RICHARD WILLIAMS.

DATED this 12th day of Feb, 2013.

_____
UNITED STATES DISTRICT JUDGE